**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Vision Painting & Decorating Services, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  27-0853689

**4. Debtor's address**

**Principal place of business**

12000 South Marshfield Avenue
Calumet Park, IL 60827
Number, Street, City, State & ZIP Code

Cook
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Vision Painting & Decorating Services, Inc.                                    Case number (*if known*)
       *Name*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor　Vision Painting & Decorating Services, Inc.　　　　　　　　　　　Case number (*if known*)
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor　　　　　　　　　　　　　　　　　　　　　Relationship
District　　　　　　　　　When　　　　　　　　Case number, if known

**11. Why is the case filed in *this district*?**　*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.　Insurance agency
　　　　Contact name
　　　　Phone

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**　.　*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 3

Debtor  Vision Painting & Decorating Services, Inc.                                    Case number (*if known*)
     Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  Vision Painting & Decorating Services, Inc.     Case number (*if known*)
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 22, 2024
                MM / DD / YYYY

**X** /s/ Edward T. McKinnie, Jr.            Edward T. McKinnie, Jr.
   Signature of authorized representative of debtor      Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Gregory K. Stern            Date   November 22, 2024
   Signature of attorney for debtor                    MM / DD / YYYY

Gregory K. Stern 6183380
Printed name

Gregory K. Stern, P.C.
Firm name

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   (312) 427-1558      Email address   greg@gregstern.com

6183380 IL
Bar number and State

Fill in this information to identify the case:
Debtor name: Vision Painting & Decorating Services, Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Accident Fund General Insurance Company<br>200 North Grand Avenue<br>PO Box 40790<br>Lansing, MI 48901-7990 | | Insurance Audit | Disputed | | | $26,766.66 |
| Allies for Community Business, Inc.<br>105 14th Avenue<br>Suite 300<br>Seattle, WA 98122 | | Loan | | | | $22,937.00 |
| Carboline Company<br>2150 Schuetz Road<br>Saint Louis, MO 63146 | | Trade Credit | | | | $4,217.40 |
| CNA Surety<br>151 North Franklin Street<br>17th Floor<br>Chicago, IL 60606 | | | | | | $307,684.06 |
| Genesis Financial<br>425 Huehl Road<br>Building 2<br>Northbrook, IL 60062 | | Loan | | | | $44,433.59 |
| Gilco Scaffold Company LLC<br>515 Jarvis Avenue<br>Des Plaines, IL 60018 | | Trade Credit | Disputed | | | $10,000.00 |
| Illinois Department of Employment Security<br>33 South State Street<br>10th Floor<br>Chicago, IL 60603 | | Taxes | Disputed | | | $113,804.77 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  Vision Painting & Decorating Services, Inc.                              Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | | Taxes | Disputed | | | $87,869.72 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | 940, 941 and 944 Taxes | Disputed | $572,700.27 | $0.00 | $572,700.27 |
| International Paint, LLC<br>931 DuPage Avenue<br>Lombard, IL 60148 | | Trade Credit | | | | $12,006.14 |
| JC Licht, LLC<br>901 South Rohlwing Road<br>Addison, IL 60101 | | Trade Credit | | | | $119,812.46 |
| Level 33 Coating Inspection, LLC<br>PO Box 1618<br>Highland, IN 46322 | | Trade Credit | | | | $76,216.59 |
| Marco Group International, Inc.<br>3425 East Locust Street<br>Davenport, IA 52803 | | Trade Credit | Disputed | | | $3,506.00 |
| O'Learys Contractors Equipment & Supply,<br>1043 North Cicero Avenue<br>Chicago, IL 60651 | | Trade Credit | | | | $5,236.53 |
| Painters District Council No. 14 Health, Welfare & Pension Fund<br>8160 South Cass Avenue<br>Darien, IL 60561 | | Dues and Benefits | Disputed | | | Unknown |
| Philadephia Insurance Companies<br>100 Princeton South Corporate Center<br>3rd Floor<br>Trenton, NJ 08628 | | | | | | $25,000.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Debtor  Vision Painting & Decorating Services, Inc.  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| The Wearhouse Rental & Supply 1335 South Main Street Greensburg, PA 15601 | | Trade Credit | | | | $13,388.85 |
| Tnemec Company, Inc. 123 West 23rd Avenue Kansas City, MO 64116 | | Trade Credit | | | | $17,913.70 |
| United Rentals 6125 Lakeview Road Stuie 300 Charlotte, NC 28269 | | Trade Credit | Disputed | | | $79,170.36 |
| Way-Ken Contractor Supply Co. 4640 West Belmont Avenue Chicago, IL 60641 | | Trade Credit | | | | $55,910.96 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Vision Painting & Decorating Services, Inc.   Case No.
Debtor(s)   Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 16,738.00 |
   | Prior to the filing of this statement I have received | $ 16,738.00 |
   | Balance Due | $ 0.00* |

* Plus additional amounts due for services rendered in accordance with the terms of the attached Attorney Client Agreement.

2. The source of the compensation paid to me was:

   ☒ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor   ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      All services necessary for a Chapter 11

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   None

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

November 22, 2024
*Date*

Gregory K. Stern 6183380
*Signature of Attorney*
Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558  Fax: (312) 427-1289
greg@gregstern.com
*Name of law firm*

## ATTORNEY CLIENT AGREEMENT

**THIS AGREEMENT**, made on November 22, 2024, is hereby entered into between Vision Painting and Decorating Services, Inc., 12000 South Marshfield Avenue, Calumet Park, Illinois (the "Client"), and Gregory K. Stern, P.C., 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois 60436 (the "Attorneys").

1. The Client has agreed to pay the Attorneys a fee for professional services rendered pursuant to paragraph 2 hereof. The fee shall be based and calculated on the Attorneys' standard hourly rates as in effect from time to time. At present the hourly rates are as follows: $650.00 for Gregory K. Stern, $550.00 for Dennis E. Quaid and Monica C. O'Brien and $450.00 for Rachel S. Sandler. The Client has agreed to pay the Attorneys a special purpose retainer of $16,738.00, which is being tendered contemporaneously with the execution of this Attorney-Client Agreement and as follows:

   i) While the Client has the option to employ a security retainer, the Attorneys are unwilling to represent the Client without receiving a special purpose retainer because any security retainer could be considered property of the Client's bankruptcy estate.

   ii) The special purpose retainer will not be held in a client trust account, and it will become the property of the Attorneys upon payment, and it will be deposited in the Attorney's general operating account.

   iii) The retainer will be applied towards services rendered and expenses incurred. The Client shall pay the fee when billed, except that, during the pendency of the Chapter 11, the Client will pay for services pursuant to court orders entered on applications for interim or final compensation, or per a separate written agreement with the Attorneys.

   iv) Any portion of the retainer that is not earned or required for expenses will be refunded to the Client.

   v) The Client has the option to employ a security retainer, however, the Attorneys are unwilling to represent the Client without receiving a special purpose retainer because any security retainer might be property of the Client's bankruptcy estate.

2. The Fee consists of compensation for professional services including, but not limited to: analyzing case for filing Chapter 11; reviewing assets, liabilities, loan documentation, executory contracts and other relevant documentation; preparation of Chapter 11 petition, list of creditors, relevant documents for filing, Chapter 11 schedules and statement of financial affairs; representation at the first meeting of creditors; defending creditors' motions to convert, dismiss or modify the automatic stay, if any; preparation and presentation of motions to employ attorneys, accountants or other professional persons, motions for use, sale or lease of property, motions to assume or reject executory contracts; preparation and presentation of disclosure statement, plan and other necessary pleadings in furtherance of reorganizational goals; solicitation of creditor's acceptance; review of proofs of claims and objections regarding same; and, any other act or service in furtherance of reorganizational goals.

3.      The Fee does not include (a) court costs and filing fees, (b) Westlaw or related computer expenses (c) copying and postage, or (d) any other out of pocket costs or expenses. All costs and expenses advanced by the Attorneys shall be paid when Client is billed for same, with the exception that, during the Chapter 11, the Client will pay costs and expenses pursuant to court orders entered on applications for compensation, or per a separate written agreement with the Attorneys.

4.      Any modification of this Agreement is void unless it is in writing and signed by both parties.

_____     _____
Vision Painting & Decorating Services, Inc.     Gregory K. Stern, P.C.
By: Edward T. McKinnie, Jr., President

## United States Bankruptcy Court
### Northern District of Illinois

In re: Vision Painting & Decorating Services, Inc.
Debtor(s)

Case No.
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Edward McKinnie, Jr.<br>4522 Lincoln<br>Richton Park, IL 60471 | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: November 22, 2024

Signature: /s/ Edward T. McKinnie, Jr.
Edward T. McKinnie, Jr.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re: Vision Painting & Decorating Services, Inc.
Debtor(s)

Case No.
Chapter: 11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 40

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: November 22, 2024

/s/ Edward T. McKinnie, Jr.
Edward T. McKinnie, Jr./President
Signer/Title

```
A.G. Adjustments, Ltd.
740 Walt Whitman Rd
Melville, NY 11747-9090


Accident Fund General Insurance Company
200 North Grand Avenue
PO Box 40790
Lansing, MI 48901-7990


Ahern Rentals, Inc.
333 North Rancho Drive
Las Vegas, NV 89106


Allies for Community Business, Inc.
105 14th Avenue
Suite 300
Seattle, WA 98122


Arnold and Kadjan
35 East Wacker Drive
Suite 600
`
Chicago, IL 60601


Carboline Company
2150 Schuetz Road
Saint Louis, MO 63146


CNA Surety
151 North Franklin Street
17th Floor
Chicago, IL 60606


Contract Care
105 14th Avenue, Suite 300
Seattle, WA 98122


CST Co., Inc.
CST Bldg
PO Box 33127
Louisville, KY 40232-3127


D.L. Couch
499 East County Road
300 South
New Castle, IN 47362
```

Ditchey Geiger, LLC
7123 Pearl Road, Suite 400
Cleveland, OH 44130


Genesis Financial
425 Huehl Road
Building 2
Northbrook, IL 60062


Gilco Scaffold Company LLC
515 Jarvis Avenue
Des Plaines, IL 60018


Harvard Collection Services, LLC
4839 North Elston
Chicago, IL 60630


Illinois Department of Employment
Security
33 South State Street
10th Floor
Chicago, IL 60603


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


International Paint, LLC
931 DuPage Avenue
Lombard, IL 60148


JC Licht, LLC
901 South Rohlwing Road
Addison, IL 60101


John M. Galich, LLC
10075 West Lincoln Hwy
Frankfort, IL 60423

Koroseal Interior Products
7929 National Turnpike
Louisville, KY 40214


Kuntz & Kuntz
900 E. Northwestern Hwy.
Mount Prospect, IL 60056


Level 33 Coating Inspection, LLC
PO Box 1618
Highland, IN 46322


Levition Law Firm, Ltd.
One Pierce Place
Suite 725W
Itasca, IL 60143


Marco Group International, Inc.
3425 East Locust Street
Davenport, IA 52803


Master Coating Technologies, LLC
2777 Eagandale Boulevard
Saint Paul, MN 55121


Michael Davis Weis, Esq.
107 Radcliffe Court
Glenview, IL 60026


Michael Davis Weis, Esq.
PO Box 1166
Northbrook, IL 60065


NCS
P.O. Box 24101
Cleveland, OH 44124


NCS
729 Miner Road
Cleveland, OH 44143


O'Learys Contractors Equipment & Supply,
1043 North Cicero Avenue
Chicago, IL 60651

Painters District Council No. 14
Health, Welfare & Pension Fund
8160 South Cass Avenue
Darien, IL 60561


Philadephia Insurance Companies
100 Princeton South Corporate Center
3rd Floor
Trenton, NJ 08628


Repwest Insurance Company
6th Floor South Tower
2721 North Central Avenue
Phoenix, AZ 85004


Teller Levit & Silvertrust, P.C.
19 South LaSalle Street
Suite 701
Chicago, IL 60603


The Law Offices of Mark A. Kirkorsky
100 South Main Street
Smith Center, KS 66967


The Wearhouse Rental & Supply
1335 South Main Street
Greensburg, PA 15601


Tnemec Company, Inc.
123 West 23rd Avenue
Kansas City, MO 64116


United Rentals
6125 Lakeview Road
Stuie 300
Charlotte, NC 28269


Way-Ken Contractor Supply Co.
4640 West Belmont Avenue
Chicago, IL 60641

# United States Bankruptcy Court
## Northern District of Illinois

In re: Vision Painting & Decorating Services, Inc.
Debtor(s)

Case No.
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Vision Painting & Decorating Services, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 22, 2024
Date

/s/ Gregory K. Stern
Gregory K. Stern 6183380
Signature of Attorney or Litigant
Counsel for  Vision Painting & Decorating Services, Inc.
Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558 Fax:(312) 427-1289
greg@gregstern.com