**Fill in this information to identify the case:**

Debtor name: Vision Painting & Decorating Services, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 24-17620

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................  $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................  $ 57,655.96

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................  $ 57,655.96

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................  $ 572,700.27

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................  $ 606,828.18

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$ 833,161.92

4. **Total liabilities** ....................................................................................................  $ 2,012,690.37
   Lines 2 + 3a + 3b

Official Form 206Sum          Summary of Assets and Liabilities for Non-Individuals          page 1